UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-11784 |
| | ) | |
| ADRIANA GONZALEZ | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER VACATING FEBRUARY 14, 2020 ORDER**
**GRANTING TRUSTEE'S MOTION TO DISMISS**

    This cause coming before the Court on Debtor' Motion to Vacate February 14, 2020 Order Granting Trustee's Motion to Dismiss Case for Failure to Make Plan Payments; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

   1.  The Court's February 14, 2020 Order Granting Trustee's Motion to Dismiss Case for Failure to Make Plan Payments is vacated.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  March 13, 2020

**Prepared by:**

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com